UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACE PAVING CO., INC., a Washington corporation, <br><br> Defendant. | NO. C09-0185-JCC <br><br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Ace Paving Co., Inc. |
| Principal Judgment Amount: | $283,340.12 |
| Interest to Date of Judgment: | $3,747.32 |
| Attorneys Fees: | $586.75 |
| Costs: | $437.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Five percent (5%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | REID, PEDERSEN, McCARTHY & BALLEW, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Pedersen,

McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 589, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust: for contributions of $237.188.04; for liquidated damages of $46,152.08, for pre-judgment interest of $3,747.32, for attorneys' fees of $586.75, and for costs of $437.00; all for a total of $288,111.19, together with interest accruing thereupon at the rate of five percent (5%) per annum from the date of entry hereof until fully paid.

Since the foregoing contribution amounts are based on information provided Plaintiff in the Defendant's remittance reports alone for the period May 2008 through October 2008, and those amounts have not been verified through an independent audit, this judgment shall not foreclose Plaintiff, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period November 2008 through February 2009, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorneys' fees and costs for any period other than November 2008 through February 2009.

JUDGMENT ENTERED this 7th day of April, 2009.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE


Presented for Entry by:


s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiff